# United States Court of Appeals
## For the First Circuit

No. 11-1792

UNITED STATES OF AMERICA,

Appellee,

v.

BRIMA WURIE,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 17, 2013 is amended as follows:

Page 43, line 6: "at a least" is corrected to "at least".

Page 50, line 25: "reasonable" is corrected to "reasonableness".